### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) | Case No: |
| DANIEL C. CARAVETTE, | ) ) | Judge |
| Respondent. | ) ) | |

### U.S. SECURITIES AND EXCHANGE COMMISSION'S MOTION
### FOR AN ORDER REQUIRING COMPLIANCE WITH SUBPOENAS

Movant, the United States Securities and Exchange Commission ("Commission"), moves this Court, pursuant to 15 U.S.C §§ 78u(c) and 77v(b), to enter an Order compelling Daniel C. Caravette ("Mr. Caravette") to comply with Commission subpoenas requiring him to produce documents and appear before the staff of the Commission ("Staff") for testimony. In further support of this Motion, the Commission submits a Memorandum of Law and the Declaration of Ariella Omholt Guardi.

1.     Respondent Mr. Caravette has refused to comply with Commission investigative subpoenas requiring him to produce documents and to appear for testimony in the Commission's non-public investigation *In the Matter of Accelera Innovations, Inc.* (Internal File No. C-08191) (the "Accelera Investigation"). The investigation's purpose is to determine whether any persons have engaged, are engaging, or will engage in acts constituting violations of various provisions of the federal securities laws.

2.     On May 8, 2015 the Commission issued an Order Directing Private Investigation and Designating Officers to Take Testimony in the Accelera Investigation (the "Formal Order").

The Formal Order designated certain individuals as officers of the Commission empowered to administer oaths and affirmations, subpoena witnesses, compel their attendance, take evidence, and require the production of any books, papers, correspondence, memoranda, or other records deemed relevant or material to the investigation.

3.     During its investigation, the Staff reviewed e-mails and corporate records from Accelera Innovations, Inc. ("Accelera") which indicated that Mr. Caravette, in his capacity as a consultant to Accelera, solicited investor funds for Accelera and affiliated entities, and communicated with actual and prospective investors.  To develop information relevant to the Accelera Investigation, the Staff issued a subpoena to Mr. Caravette on February 2, 2016.

4.     Although Mr. Caravette, through his counsel, made a partial production in response to the February 2, 2016 subpoena on March 10, 2016, that production was deficient in that Mr. Caravette had failed to produce important responsive documents.  The Staff has requested that Mr. Caravette complete his document production, but Mr. Caravette has not complied with those requests.  Mr. Caravette has failed to respond to the Staff's telephone calls, voicemails, and letter requesting compliance.

5.     On May 4, 2016, the Staff served on Mr. Caravette, via his attorney, a subpoena requiring Mr. Caravette to appear for testimony at the Chicago Regional Office of the Commission on May 27, 2016.  Neither Mr. Harrington nor Mr. Caravette responded to the May 4th subpoena.  Mr. Caravette did not appear for his testimony scheduled on May 27, 2016.

6.     In order to discharge its investigative duties, the Commission brings this action to compel Mr. Caravette to testify and produce documents pursuant to the Commission's subpoena.

7.     Jurisdiction is conferred upon this Court, and venue properly lies within the Northern District of Illinois pursuant to Section 22(a) of the Securities Act, 15 U.S.C. § 77v(a)

(1994) and Section 21(c) of the Exchange Act, 15 U.S.C. § 78u(c).

      **WHEREFORE**, the United States Securities and Exchange Commission respectfully requests that this Court issue an Order:

    A.  Directing Daniel C. Caravette to appear and testify at such time and place as the Commission may direct;

    B.  Directing Daniel C. Caravette to produce to the Staff all documents responsive to the Commission's subpoena; and

    C.  Granting the Commission such other and further relief as may be necessary and appropriate to achieve compliance with the subpoenas and with any Order the Court issues in its enforcement thereof.

                        Respectfully submitted,


                        ___/s/ Ariella O. Guardi_____
                        ARIELLA OMHOLT GUARDI
                        United States Securities and Exchange Commission
                        175 West Jackson Boulevard
                        Suite 900
                        Chicago, Illinois 60604

Dated: June 23, 2016

<u>**CERTIFICATE OF SERVICE**</u>

I, Ariella O. Guardi, an attorney, being duly sworn, state on oath that on June 23, 2016, I caused the Securities and Exchange Commission's Motion for an Order Requiring Compliance with Subpoenas to be served upon the following by UPS, overnight delivery, to:

Keith Harrington
77 West Washington Street, Suite 1020
Chicago, Illinois 60602


/s/ Ariella O. Guardi
Ariella O. Guardi

1